UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN WILLIAMS | CIVIL ACTION NO. 12-1143 |
| V. | JUDGE LEMELLE |
| SAIA MOTOR FREIGHT LINE, LLC | MAGISTRATE CHASEZ |

## STIPULATION OF DISMISSAL

COME NOW the parties, by and through counsel of record, pursuant to Fed. R. Civ. P. 41(a)(1)(A), and move the Court to dismiss the above referenced-action with prejudice, as the parties have reached a settlement.

Respectfully submitted,

**ROBEIN, URANN,
SPENCER, PICARD & CANGEMI, APLC**

s/ *Christina L. Carroll*
Christina L. Carroll (LA Bar No. 29789)
2540 Severn Avenue, Suite 400
Metairie, Louisiana 70002
Telephone: (504) 885-9994
Facsimile: (504) 885-9969
Email: ccarroll@ruspclaw.com
*Attorney for Plaintiff*


s/ *René E. Thorne*
René E. Thorne (LA Bar No. 22875)
thorner@jacksonlewis.com
Daisy M. Gurdián (LA Bar No. 33165)
gurdiand@jacksonlewis.com
**JACKSON LEWIS LLP**
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759
*Counsel for Defendant*